UNITED STATES DISTRICT COURT

For the

Western District of North Carolina

**ASHLEY GALLAHER, on behalf of herself and**

**all others similarly situated,**                                                                 Civil Action No.: 1:19-cv-00055

        **Plaintiff,**

v.

**ARTISANAL, LLC and BILL GREENE,**

        **Defendants**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### DEFENDANT'S REPLY TO PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY A COLLECTIVE ACTION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants, Artisanal, LLC and Bill Greene, hereby reply to Plaintiff's Motion to Conditionally Certify a Collective Action and hereby state as follows.

1. Plaintiff seeks to conditionally certify a collective action on behalf of herself and others similarly situated.

2. Plaintiff has no substantiative evidence of other "similarly situated" employees and contain only vague claims.

3. Plaintiff does not identify the "similarly situated" employees by names nor explain the basis for her observations.

4. The Plaintiff, in her own motion, concedes that this decision is typically made after discovery has been completed and the Court has the opportunity to determine whether other Plaintiffs are sufficiently similarly situated to proceed together in a single action.

5. The Defendants incorporate their denials of the allegations of the Plaintiff's complaint as further denials to the allegations made in the Plaintiff's motion and supporting memorandum.

6. The Defendants are unable to adequately reply to the Plaintiff's motion given the above reasons. The Defendant respectfully the Court allow the Defendants additional time to further reply to this motion after initial discovery is completed in this matter.

WHEREFORE, Defendants' respectfully request that Plaintiff's Motion to Conditionally Certify a Collective Action be denied and that Defendants' be allowed to amend their reply upon receipt of discovery.

This the 21th day of August, 2019.

By: /s/ John Benjamin "Jak" Reeves
N.C. Bar # 32895
280 Queen Street
Boone, North Carolina 28607
(T) (828) 268-9640
(F) (828) 262-3699
jreeves@rdwlegal.com