IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 55 MOC WCM

| | |
|---|---|
| ASHLEY GALLEHER, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ARTISANAL, LLC, and BILL GREENE, ) ) Defendants. ) _____ ) | ORDER |

Before the Court is a Motion to Withdraw Appearance (the "Motion," Doc. 35), which seeks the withdrawal of Jason S. Chestnut as counsel of record for Plaintiff Ashley Galleher and other opt-in Plaintiffs.

This district's Local Rules allow counsel to seek court approval to withdraw by way of a motion. LCvR 83.1(f). Here, however, the Motion has been filed by other counsel for Plaintiffs; it has not been made or joined by Mr. Chestnut. As Mr. Chestnut has appeared in this matter, a request for his withdrawal should be made by Mr. Chestnut himself, unless circumstances exist that make such a request impossible.

Accordingly, the Motion to Withdraw Appearance (Doc. 35) is **DENIED WITHOUT PREJUDICE.**

Signed: October 30, 2020

W. Carleton Metcalf
United States Magistrate Judge