**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:19-cv-00055**

| | |
|---|---|
| **ASHLEY GALLEHER, on behalf of** ) | |
| **herself and all others similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **ARTISANAL, LLC and BILL GREENE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |

Before the Court is the Parties Joint Motion to Remove Matter from Trial Docket. (Doc. No. 48). The Court, having considered the issues, **GRANTS** the motion. (Doc. No. 48). The Court Orders as follows:

1. On or before April 26, 2021, the Parties shall file Artisanal's Confession of Judgment for the Court's entry and approval, accompanied by a motion and supporting memorandum.

2. Counsel for Plaintiff and Opt-in Plaintiff's will file a petition for an award of attorney's fees and costs within thirty (30) days of the Court's entry and approval of Artisanal's Confession of Judgment.

3. The in-person Final Pretrial Hearing scheduled for March 23, 2021 at 11:00 a.m. is converted to a virtual status conference. The Parties shall participate in this conference via Zoom or telephone.

Signed: March 22, 2021

Max O. Cogburn Jr.
United States District Judge