# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| ASHLEY GALLEHER, individually and on behalf of all others similarly situated;<br><br>Plaintiff(s),<br><br>v.<br><br>ARTISANAL, LLC<br>Defendant. | Civil No. 1:19-cv-0055<br><br>**JOINT MOTION FOR APPROVAL OF CONSENT JUDGMENT FOR LIABLITY AND DAMAGES UNDER THE FLSA** |

Named Plaintiff Ashley Galleher ("Named Plaintiff"), individually and on behalf of the eight individuals who timely filed Consent to Join forms as opt-in Plaintiffs, and Defendant Artisanal, LLC, ("Defendant" or "Artisanal") (together, the "Parties"), through their undersigned counsel, respectfully move this Court for an Order approving the Parties' Consent Judgment for Liability and Damages Under the FLSA. A copy of the proposed Consent Judgment for Liability and Damages Under the FLSA ("Consent Judgment") is attached as Exhibit A to the Parties Joint Memorandum In Support of Motion For Approval of Consent Judgment For Liability and Damages Under the FLSA. A proposed Order is submitted for the Court's consideration.

Respectfully submitted this 26th day of April 2021.

| | |
|---|---|
| /s/ Philip J. Gibbons, Jr.<br>Philip J. Gibbons, Jr., NCSB #50276<br>**GIBBONS LAW GROUP, PLLC**<br>14045 Ballantyne Corporate Place, Suite 325<br>Charlotte, North Carolina 28277<br>Telephone: (704) 612-0038<br>Email: phil@gibbonslg.com<br><br>*Attorney for Plaintiff(s)* | /s/ John Benjamin "Jak" Reeves<br>John Benjamin "Jak" Reeves, NCSB #32895<br>**REEVES DIVENERE WRIGHT**<br>280 Queen Street<br>Boone, North Carolina 28607<br>Telephone: (828) 268-9640<br>Email: jreeves@rdwlegal.com<br><br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that on April 26, 2021, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.

*Attorney for Plaintiff(s)*