UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-0055-MOC-WCM

| | |
|---|---|
| ASHLEY GALLEHER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | **ORDER AWARDING ATTORNEYS' FEES AND COSTS** |
| ARTISANAL, LLC, ) ) | |
| Defendant. ) ) | |

The Court has considered Plaintiff Ashley Galleher's Motion for Attorneys' Fees and Costs against Defendant Artisanal, LLC and makes the following findings:

1. On May 11, 2021, the Court approved and entered a Consent Judgment for Liability and Damages Under the FLSA in favor of Plaintiff Ashley Galleher, individually and on behalf of the eight opt-in plaintiffs who timely joined this action, and against Defendant Artisanal, LLC. (Doc. No. 56). The Court entered judgment for Plaintiff Ashley Galleher in the amount of $29,980.02. (Id.).

2. A prevailing plaintiff in a Fair Labor Standards Act action is entitled to reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b).

3. The Court awards Galleher's Counsel, Gibbons Law Group, PLLC, attorney's fees in the amount of $63,892.00; taxable costs pursuant to 28 U.S.C. § 1920 in the amount of $1,090.90; and litigation expenses in the amount of $1,110.00.

WHEREFORE, the Court hereby ORDERS Defendant Artisanal, LLC to pay attorneys' fees, costs, and litigation expenses to Gibbons Law Group, PLLC in the total amount of $66,092.90.

Signed: August 11, 2021

Max O. Cogburn Jr
United States District Judge